GEORGE E. MORSE, Administrator, etc., Appellant, *v.* DAVID Z. BROCKETT et al., Administrators, Respondents.

THE SAME, Appellant *v.* THE SAME, Respondents.

DAVID Z. BROCKETT et al., Administrators, etc., Respondents, *v.* GEORGE E. MORSE, Administrator, etc., Appellant.

(Argued February 9, 1876; decided March 21, 1876.)

*Scott Lord* for the appellant.

*Charles Mason* for the respondent.

Agree to affirm.  No opinion.
All concur, MILLER, J., not sitting.
Judgment affirmed.

---

PETER S. MARCH et al., Respondents, *v.* THE FIRST NATIONAL BANK OF MOBILE, Appellant.

(Argued February 14, 1876; decided March 21, 1876.)

*Wm. H. Scott* for the appellant.

*S. P. Nash* for the respondents.

Agree to affirm.  No prevailing opinion.
All concur, except CHURCH, Ch. J., and MILLER, J., not voting, and ALLEN, J., dissenting.  ALLEN, J., wrote dissenting opinion.
Judgment affirmed.